# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CARRIE MUGRDECHIAN, | Case No. 22-CV-1484 (NEB/JFD) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| PHARMERICA CORP., *doing business as PharMerica Drug Systems, LLC.,* | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on July 27, 2022 (ECF No. 18), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and each party will bear their own attorneys fees' and costs.

Dated: July 28, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge